STATE, EX REL. SMITH, v. EUGENE L. LEWIS (AUDITOR).

ACT RELATING TO DISPOSITION OF FORFEITED LAND AT TAX SALES CONSTITUTIONAL.
> The act of April 10, 1900 (94 O. L. 116; Sec. 2907a Rev. Stat. *et seq.*), providing
> that where land offered at delinquent tax sale has not been sold for want of
> bidders and has been forfeited to the state for nonpayment of taxes, the county
> auditor shall, upon application of the owner of such land, readjust the taxes
> upon the basis of the new decennial appraisement and make *remittitur* of a
> certain portion of the delinquent taxes in order to restore such lands to the
> live taxpaying duplicate, is constitutional.

MANDAMUS.

**Stephen Coles** and **Franklin T. Cahill**, for relator.

**Ampt, Ireton & Collins**, contra.

**JELKE, J.**

We think the act of April 10, 1900, 94 O. L. 116, relating to the listing for taxation and sale of forfeited lands, is constitutional. We see no reason why the state cannot dispose of land which has been forfeited to the state and remains unsold for want of bidders on such terms as to the general assembly seem best for the purpose of getting such property back upon the live taxpaying duplicate.